THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHECKVIDEO, LLC,<br><br>Defendant. | CIVIL ACTION NO. 1:21-cv-00629-MN |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant CheckVideo, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated:  July 16, 2021

Respectfully submitted,

GAWTHROP GREENWOOD, PC

*/s/David W. deBruin*

David W. deBruin (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
(302) 777-5353
ddebruin@gawthrop.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/*Karen Jacobs*

Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

COOLEY, LLP

Erik Milch
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5640
(703) 456-8573
emilch@cooley.com
*Attorneys for Defendant*

Reuben H. Chen
Lam K. Nguyen
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

SO ORDERED this _____ day of _____, 2021.

                                                                        _____
                                                                         **UNITED STATES DISTRICT JUDGE**