THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>CHECKVIDEO, LLC,<br><br>      Defendant. | CIVIL ACTION NO. 1:21-cv-00629-MN |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant CheckVideo, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: July 16, 2021 | Respectfully submitted,<br><br>GAWTHROP GREENWOOD, PC<br><br>/s/David W. deBruin<br>David W. deBruin (#4846)<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE 19807<br>(302) 777-5353<br>ddebruin@gawthrop.com<br><br>*Attorneys for Plaintiff*<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/*Karen Jacobs*<br>Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com<br><br>COOLEY, LLP<br><br>Erik Milch<br>One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, VA  20190-5640<br>(703) 456-8573<br>emilch@cooley.com<br>*Attorneys for Defendant*<br><br>Reuben H. Chen<br>Lam K. Nguyen<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000 |
| SO ORDERED this 19th day of July 2021.<br><br>*/s/ Maryellen Noreika*<br>**The Honorable Maryellen Noreika**<br>**United States District Judge** | |